FILED
May 18, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002641089

**2**

L. Bryant Jaquez, Esq.
California Bar No. 252125
MILES, BAUER, BERGSTROM & WINTERS, LLP
1231 E. Dyer Road, Suite 100
Santa Ana, CA 92705
(714) 481-9100 / FAX (714) 481-9144
File No. 10-01572

Attorneys for Movant,
THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS CHL MORTGAGE PASS-THROUGH TRUST 2007-HYB1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HYB1

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| IN RE:<br><br>CHARLOTTE CORENE DOMINION-POTTER,<br><br>DEBTOR. | Case No.: 10-15110 A-7<br>Chapter 7<br>DC No. MBB-001<br><br>Hearing –<br>Date: June 22, 2010<br>Time: 1:30 P.M.<br>Place: U.S. BANKRUPTCY COURT<br>2500 Tulare Street<br>Fresno, CA 93721-1318<br>Courtroom 11, Dept. A, 5th Floor |

**MOVANT THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS CHL MORTGAGE PASS-THROUGH TRUST 2007-HYB1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HYB1'S OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS CHL MORTGAGE PASS-THROUGH TRUST 2007-HYB1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HYB1'S, its assignees and/or successor in interest ("Movant" herein), moves this Court for an Order terminating the Automatic Stay [Unlawful Detainer] of 11 U.S.C. §362 as to Movant so

1 | that Movant may commence and continue all acts necessary to obtain possession of the property,

2 | generally described as **51776 Alta Vista Drive, Oakhurt, CA 93644**("Property" herein).

3 | Prior to the commencement of this action, title to the subject real property was vested in

4 | the name of Debtor, Charlotte Corene Dominion-Potter (the "Debtor"). The Debtor was the

5 | Trustor under a Deed of Trust dated October 19, 2006 and recorded October 26, 2006 as

6 | Instrument No. 2006048108 in the official records of Madera, California.

7 | The subject real property is occupied after a foreclosure sale, which was held on

8 | December 4, 2009. Movant obtained title to the subject real property by way of Trustee's Deed

9 | Upon Sale recorded December 14, 2009 as Instrument No. 2009041563 in the official records of

10 | Madera, California. Attached hereto as **Exhibit "1"** is a copy of the Trustee's Deed Upon Sale.

11 | Movant caused a Notice to Quit to be served upon the Debtor January 4, 2010. Attached

12 | hereto as **Exhibit "2"** is a copy of the Notice to Quit.

13 | Movant filed a Complaint for Unlawful Detainer against the Debtor on January 15, 2010

14 | as State Court Case No. MCV050651 in Madera County Superior Court. Attached hereto as

15 | **Exhibit "3"** is a copy of the Complaint for Unlawful Detainer.

16 | On February 18, 2010 the Court entered a default Judgment and issued a Writ of

17 | Possession. Attached hereto are copies of the Judgment and Writ of Possession as **Exhibits "4"**

18 | and **"5"**, respectively. Lockout was scheduled for May 11, 2010.

19 | On May 7, 2010, Debtor filed a Chapter 13 Bankruptcy Petition commencing case no.

20 | 10-15110.

21 | In the event neither Debtor nor Debtor's Counsel appear at a Hearing on this Motion, the

22 | Court may grant relief from the Automatic Stay permitting Movant to obtain possession of such

23 | Property without further Hearing.

24 | WHEREFORE, Movant prays for an order as follows:

4

1    (1) For an Order terminating the automatic stay to allow Movant to enforce its remedies to obtain possession of the subject real property in accordance with applicable law.

(2) For an Order terminating or modifying the Co-Debtor stay of 11 U.S.C. §1201 or §1301 as to the above-named co-debtor, on the same terms and conditions.

(3) For an Order waiving the 10-day stay provided by Bankruptcy Rule 4001(a)(3).

(4) For an Order binding and effective despite any conversion of this bankruptcy case.

(5) For such other relief as this Court deems appropriate.

MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated: 05/17/10     By:   /s/ L. Bryant Jaquez
                          L. Bryant Jaquez, Esq.
                          Attorney for Movant

10-01572/lm